ACCEPTED
03-15-00657-CV
8340742
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/22/2015 11:38:21 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00657-CV

**IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/22/2015 11:38:21 AM
JEFFREY D. KYLE
Clerk

**CHRIS TRAYLOR, EXECUTIVE COMMISSIONER OF TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
APPELLANTS**

**V.**

**DIANA D., et al
APPELLEES**

**ON APPEAL FROM THE 200TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS, HON. TIM SULAK, PRESIDING**

**SECOND UNOPPOSED MOTION REQUESTING**

**EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Come now Appellees Diana D. et al. and submit this Motion For Extension of Time to File Appellees' Brief as follows.

1)      Appellees' Brief regarding the interlocutory appeal of the trial court's grant of a temporary injunction is due on January 4, 2015.  Appellees are requesting a

thirty day extension of time to file Appellees' Brief, which would make the brief due on February 3, 2016.

2) Good cause exists for allowing Appellees additional time to file their Brief. The parties have agreed to mediate this case and the Court has previously granted an extension of time to permit the parties to mediate the case. The parties are still planning to mediate, however due to the holiday schedule the parties will not be able to conduct the mediation prior to the current due date of Appellees' brief. Appellees request an extension of time to file their brief to avoid incurring additional expense involved with preparation of the brief in the event that mediation is successful. Appellants' do not oppose this request.

3) This motion is not sought for delay but so that justice may be served.

Wherefore, Appellees pray that the Court grant their thirty day extension request to file their brief to February 3, 2016, and for such other relief to which they may be entitled.

Respectfully submitted,

**RICHARDS RODRIGUEZ & SKEITH, LLP**
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone: 512-476-0005
Facsimile:  512-476-1513

By:    /s/ Daniel R. Richards_____
       DANIEL R. RICHARDS
       State Bar No. 00791520
       drichards@rrsfirm.com
       BENJAMIN H. HATHAWAY
       State Bar No. 09224500
       bhathaway@rrsfirm.com
       CLARK RICHARDS
       State Bar No. 90001613
       crichards@rrsfirm.com
       CHASE C. HAMILTON
       State Bar No. 24059881
       chamilton@rrsfirm.com

**ATTORNEYS FOR APPELLEES**


## CERTIFICATE OF CONFERENCE

Pursuant to Tex. App. R. 10.1(a)(5), I hereby certify that I have conferred with counsel for Appellants and Appellants do not oppose a thirty day extension of the deadline.

/s/ Daniel R. Richards_____
**DANIEL R. RICHARDS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been delivered to the following counsel of records on this, the 22nd day of December 2015 by electronic notification and e-mail:

Kristofer S. Monson
Assistant Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548, (MC 059)
Austin, Texas 78711-2548
Kristofer.monson@texasattorneygeneral.gov


/s/ Daniel R. Richards_____
**DANIEL R. RICHARDS**